**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WESTMORELAND REAL<br>ESTATE, L.L.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-1648 CAS |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the Court file, the undersigned concludes there are circumstances present in this case which might give rise to the need for recusal pursuant to 28 U.S.C. § 455.

Accordingly,

**IT IS HEREBY ORDERED** that this case is transmitted to the Clerk of the Court for random reassignment.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this _27th_ day of September, 2011.