# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WESTMORELAND REAL ESTATE, L.L.C., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:11-CV-1648 CAS |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Court file, the undersigned concludes there are circumstances present in this case which might give rise to the need for recusal pursuant to 28 U.S.C. § 455.

Accordingly,

**IT IS HEREBY ORDERED** that this case is transmitted to the Clerk of the Court for random reassignment.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of September, 2011.